UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**AMY FOSTER**                                                                                 **PLAINTIFF**

**VS**                                                                        **CIVIL ACTION NO. 3:10CV-233-H**

**BARDSTOWN SQUARE PARTNERS, LLC**                          **DEFENDANT(S)**

## ORDER

The parties in this case having notified the Court of a settlement in this matter (DN#30);

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: June 28, 2011

Copies:
All counsel